THE SPRINGFIELD AND ILLINOIS SOUTHEASTERN RAILWAY COMPANY

*v.*

ROBERT TURNER.

SAME

*v.*

JOHN WILLS.

RIGHT OF WAY—*error to award execution for compensation and damages.* It is error for the circuit court, on the trial of an appeal, to award execution on the judgment for the amount of the compensation and damages assessed in a proceeding to condemn land for a right of way.

WRIT OF ERROR to the Circuit Court of Effingham county; the Hon. HIRAM B. DECIUS, Judge, presiding.

These two cases were proceedings instituted by the plaintiff in error to condemn lands for right of way, under the statute of 1852. The defendants appealed from the report of the commissioners to the circuit court, and the damages were assessed by a jury.

Mr. R. P. HANNA, for the plaintiff in error.

Messrs. WOOD & BARLOW, for the defendants in error.

Per CURIAM: These cases present the same questions. They were proceedings to condemn land for the use of appellant's railroad. There was a trial in the court below before a jury. A verdict was returned in each case, finding the amount of compensation for lands taken, and the amount of damages to the residue of the lands. Judgment was entered upon the verdict, and execution awarded. It was error to award execution, for which the judgments must be reversed, with directions to the circuit court to enter judgment on the verdict, omitting the order for execution. It is very desirable that, in these proceedings, the land condemned should be described with reasonable certainty. That should be done in the petition, and followed in the judgment.

*Judgment reversed.*